

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/20

February 25, 2020

**By ECF**

The Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:
Vincent L. Briccetti, U.S.D.J.
Dated: 2/25/20
White Plains, NY
Next conference adjourned to 3/30/20 at 3:00 pm

Re: *United States v. Hakim Anderson*, 19-cr-771(VB); 13-cr-625 (VB)

Dear Judge Briccetti:

The parties submit this joint request for an adjournment of the next pre-trial conference in United States v. Hakim Anderson, 19-cr-771 and VOSR status conference in United States v. Hakim Anderson, 13-cr-625, both currently scheduled for February 27, 2020. The next appearance date was set on November 25, 2019 in conferences held on both matters.

The parties are continuing to discuss a pre-trial resolution in the criminal case, which also affects resolution of the defendant's violation specifications. And—while the bulk of discovery has been completed in the criminal matter—the Government anticipates further discovery being produced in the next 30 days. In order for the parties to continue discussing a pre-trial resolution and for additional discovery to be produced, the parties respectfully request that both the next pre-trial conference in 19-cr-771 and the next VOSR status conference in 13-cr-625 be adjourned to March 30, 2020 at 3:00 p.m. Your chambers has confirmed the Court's availability at this time. If the Court grants this application, the Government also respectfully requests that time between now and the next conference in the criminal matter in 19-cr-771 be excluded under 18 U.S.C. § 3161(h)(7)(A) for the same reasons. The defendant does not oppose this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Shiva H. Logarajah
Assistant United States Attorney
Tel: (914) 993-1918

cc: Anthony Cecutti, Esq. (by ECF)
Veronica Dignam, U.S. Probation Office (by email)