UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA             :
                                               :   **ORDER**
v.                                                              :
                                               :   19 CR 771 (VB)
HAKIM ANDERSON,                         :   13 CR 625 (VB)
                    Defendant.      :
--------------------------------------------------------x

       **A status conference in this matter is scheduled for June 3, 2020, at 3:00 p.m.** (re-scheduled from 2:30 p.m. due to new scheduling protocols at the Westchester County Jail). Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

       Accordingly, it is hereby ORDERED:

       1. By May 26, 2020, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

       2. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

       **Dial-In Number**:   **(888) 363-4749 (toll free) or (215) 446-3662**
       **Access Code:**      **1703567**

Dated: May 12, 2020
       White Plains, NY                   SO ORDERED:

                                                 Vincent L. Briccetti
                                                 United States District Judge