UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/20
```

------------------------------------------------------------x

UNITED STATES OF AMERICA,                         :
                                                  :
v.                                                :          **ORDER**
                                                  :
HAKIM ANDERSON,                                   :          19 CR 771 (VB)
                          Defendant.              :
                                                  :
------------------------------------------------------------x

       For the reasons stated on the record at today's telephone conference, attended by counsel for all parties and by defendant, the schedule for trial and pretrial submissions is as follows:

      1.     Rule 404(b) evidence shall be disclosed by no later than December 18, 2020.

      2.     Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by December 18, 2020.  Opposition to any motions in limine shall be filed by January 4, 2021.  No replies will be permitted.

      3.     Proposed voir dire and requests to charge shall be filed by January 4, 2021.  The parties are encouraged, to the extent possible, to agree on requests to charge.

      4.     On the consent of the government, 3500 material and <u>Giglio</u> material shall be produced by January 4, 2021.

      5.     Marked government case-in-chief exhibits shall be produced by January 4, 2021.

      6.     The final pre-trial conference is scheduled for January 13, 2021 at 11:00 a.m.  The Court expects to conduct this conference in person.

      7.     Jury selection and trial are tentatively scheduled for January 19, 2021, at 10:00 a.m.

      8.     Time is excluded under the Speedy Trial Act in the interests of justice through January 13, 2021.

Dated: September 9, 2020
      White Plains, NY             SO ORDERED:

                          _____
                          Vincent L. Briccetti
                          United States District Judge