**LAW OFFICE OF ANTHONY CECUTTI**
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

November 2, 2020

**BY ECF**
The Honorable Vincent Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Hakim Anderson, 19 Cr. 771 (VB); 13 Cr. 625 (VB)**

Dear Judge Briccetti:

I was appointed to represent Hakim Anderson in the above-referenced matters, pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on October 3, 2019. Mr. Anderson retained counsel who filed a notice of appearance on September 11, 2020. Accordingly, I respectfully request that I be relieved as counsel for Mr. Anderson.

Respectfully submitted,

/s/

Anthony Cecutti

APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 11/2/20
White Plains, NY

Mr. Cecutti is relieved as defendant's counsel in both cases, with the thanks of the Court.